No. 10–10800. BEGAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

GINIA, HARRISON COUNTY, ET AL. Sup. Ct. App. W. Va. Motions for leave to file briefs as *amici curiae* filed by the following were granted: National Insurance Crime Bureau et al.; Michael D. Riley, West Virginia Insurance Commissioner; West Virginia Mutual Insurance Co.; DRI-The Voice of the Defense Bar; National Association of Mutual Insurance Cos. et al.; American Tort Reform Assn.; and Washington Legal Foundation et al. Certiorari denied. ■